# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-1040

## TESCO CORPORATION,

Plaintiff-Appellant,

v.

## NATIONAL OILWELL VARCO, L.P., OFFSHORE ENERGY SERVICES, INC., FRANK'S CASING CREW AND RENTAL TOOLS, INC., AND FRANK'S INTERNATIONAL, LLC,

Defendants-Appellees.

v.

## GLENN A. BALLARD, JR. AND JOHN F. LUMAN, III,

Interested Parties-Appellants.

Appeal from the United States District Court for the Southern District of Texas in Case No. 08-cv-2531, Judge Keith P. Ellison

## DEFENDANT-APPELLEE'S MOTION TO AMEND AMEND CAPTION

Lester L. Hewitt
5773 Woodway Drive
Houston, TX 77057
Phone:   (832) 526-2677

David R. Clonts
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200
Phone:  (713) 220-5800
Fax:     (713) 236-0822

*Counsel for Defendant-Appellee*
*Frank's International, LLC*

Dated:  November 10, 2014

1

Defendant-Appellee Frank's International, LLC ("Frank's") hereby moves to amend the case caption and to have Frank's Casing Crew and Rental Tools, Inc. removed as a Defendant-Appellee.

On or about August 1, 2013, Frank's Casing Crew and Rental Tools, Inc. was converted into Frank's Casing Crew and Rental Tools, LLC. On December 31, 2013, Frank's Casing Crew and Rental Tools, LLC was merged into Frank's International, LLC. Frank's filed a motion to substitute Frank's International, LLC for Frank's Casing Crew and Rental Tools, Inc. in the District Court on March 12, 2014 (Dkt. No. 980), which the Court subsequently granted on March 12, 2014 (Dkt. No. 981). When the appeal was docketed, Frank's Casing Crew and Rental Tools, Inc. was inadvertently included in the caption. Defendant-Appellee therefore requests that the caption be amended to remove Frank's Casing Crew and Rental Tools, Inc. as a Defendant-Appellee.

Plaintiff-Appellant Tesco Corporation stated it does not oppose this Motion and will not file a response. Frank's attempted to but was unable to reach Defendants-Appellees Offshore Energy Services, Inc. and National Oilwell Varco, L.P. and Interested Parties-Appellants Glenn A. Ballard, Jr. and John F. Luman, III, to determine if they will oppose this Motion.

WHEREFORE, Defendant-Appellee Frank's respectfully requests that the Court grant this Motion to Amend the Caption and remove Frank's Casing Crew and Rental Tools, Inc. as a Defendant-Appellee.

        Respectfully submitted,

        */s/ David R. Clonts*
        *Counsel of Record*
        Lester L. Hewitt
        5773 Woodway Drive
        Houston, TX 77057
        Phone: (832) 526-2677

        David R. Clonts
        AKIN GUMP STRAUSS HAUER & FELD LLP
        1111 Louisiana St., Suite 4400
        Houston, TX 77002
        Phone: (713) 220-5800
        Fax: (713) 236-0822

        *Attorneys for Defendant-Appellee*
        *Frank's International, LLC*

Dated: November 10, 2014

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Tesco Corporation    v.   National Oilwell Varco, LP, et al.

No. 15-1040

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Frank's International, LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Frank's International, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Frank's International N.V., a publicly traded entity, is the parent company of Defendant-Appellee Frank's International, LLC.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

David R. Clonts, Rex Heinke, Sarah J. Ring, James L. Duncan, III, Michael F. Reeder, II, Ashley Edison Brown of Akin Gump Strauss Hauer & Feld LLLP; Lester L. Hewitt, Sole Practioner

| 11/10/2014 | /s/David R. Clonts |
|---|---|
| Date | Signature of counsel |
|  | David R. Clonts |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: All Counsel of Record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on November 10, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| David R. Clonts | /s/David R. Clonts |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Akin Gump Strauss Hauer & Feld LLP

Address: 1111 Louisiana St., 44th Floor

City, State, ZIP: Houston, TX 77002

Telephone Number: 713.220.5886

FAX Number: 713.236.0822

E-mail Address: dclonts@akingump.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.